RECEIVED
FEB 1 2023
U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MISSOURI
FEDERAL DIVISION

Reva Caldwell
10311 Edgefield Drive
Saint Louis, MO 63136

**Complaint for a Civil Case**

-against-

# 4:23cv00114 MTS

Kai Pickens, Inspector in Charge
Postmaster General
United States Postal Service
433 W. Harrison St., Ste. 50190
Chicago, IL 60669-2201

and

Ruth Mendonca, Inspector in Charge
Postmaster General
United States Postal Service
433 W. Harrison St., Ste. 50190
Chicago, IL 60669-2201

**REQUEST FOR TRIAL BY JURY**

Plaintiff requests trial by jury.   _X_ Yes _____ No

## I. The Parties to This Complaint

### A. The Plaintiff(s)

Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Reva Caldwell |
| Street Address | 10311 Edgefield Drive |
| City and County | Saint Louis; Saint Louis County |
| State and Zip Code | Missouri, 63136 |
| Telephone Number | (314) 913-3110 |
| E-mail Address | |

### B. The Defendant(s)

Provide the information below for each defendant named in the complaint. Attach additional pages if needed.

| | |
|---|---|
| Name | Kai Pickens |
| Job or Title (if known) | Inspector in General |
| Street Address | 433 West Harrison Street, Suite 50190 |
| City and County | Chicago; Cook County |
| State and Zip Code | Illinois 60669-2201 |
| Telephone Number | |
| E-mail Address (if known) | |

| | |
|---|---|
| Name | Ruth Mendonca |
| Job or Title (if known) | Inspector in General |
| Street Address | 433 West Harrison Street, Suite 50190 |
| City and County | Chicago; Cook County |
| State and Zip Code | Illinois 60669-2201 |
| Telephone Number | |
| E-mail Address (if known) | |

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Generally, only three types of cases can be heard in federal court. Provide the designated information for this type of case. *(Check all that apply)*

☐ Federal question

List the specific federal statutes, federal treaties, and/or provisions of the United States Constitution that are at issue in this case.

_____

_____

_____

☐ Suit against the Federal Government, a federal official, or a federal agency.

List the federal officials or federal agencies involved, if any.

United States Postal Service_____

_____

_____

☐ Diversity of Citizenship

These are cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff.

    A.    The Plaintiff(s)

The plaintiff, *(name)* _____, is a citizen of the State of *(name)* _____. *(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

    B.    The Defendant(s)

        1.    If the defendant is an individual

The defendant, *(name)* _____, is a citizen of the State of *(name)* _____. *Or* is a citizen of *(foreign nation)* _____.

        2.    If the defendant is a corporation

The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. *Or* is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

    C.    The Amount in Controversy

The amount in controversy ----the amount the plaintiff(s) claims the defendant(s) owes or the amount at stake --- is more than $75,000, not counting interest and costs of court, because *(explain)*:

_____

_____

_____

## III.   Statement of Claim

Write a short and plain statement of FACTS that support your claim. Do not make legal arguments. You must include the following information:

- What happened to you?

**I was berated by someone who claimed to have superior employment status than me; I was made to feel belittled and embarrassed when I asked for assistance while being harassed; I continued to experience retaliation for recognizing and pointing out discriminatory practices in the office/organization based on race and age from my superior while working at the United States Postal Services.**

- What injuries did you suffer?
  **Diagnosed with Post Traumatic Stress Disorder (PTSD) and Anxiety Disorder.**

- Who was involved in what happened to you?
  **Linda Lehmkul, Superior (primary), and other Superiors**

- How were the defendants involved in what happened to you?
  **Harassment, discrimination, and retaliation preventing advancement stemming from reporting the harassment and discrimination.**

- Where did the events you have described take place?
  **USPIS - Chicago Division**
  **1106 Walnut Street**
  **Saint Louis, Missouri 63102-2201**

- When did the events you have described take place?
  **On or about November 19, 2018**

If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

## IV. Relief

State briefly and precisely what damages or other relief you want from the Court. Do not make legal arguments.

<u>**Reimbursement for medical expenses incurred as well as compensation for the pain and suffering, mental anguish associated with the anxiety and PTSD resulting from the actions of the Defendant.**</u>

Do you claim the wrongs alleged in your complaint are continuing to occur at the present time?

        Yes [x]        No [ ]

Do you claim actual damages for the acts alleged in your complaint?

        Yes [x]        No [ ]

Do you claim punitive monetary damages?
        Yes [x]        No [ ]

If you indicated that you claim actual damages or punitive monetary damages, state the amounts claimed and the reasons you claim you are entitled to recover these damages.

**Requesting $10,000,000.00 in damages for medical expenses as well as pain and suffering, and mental anguish. I would not have incurred but for the injuries and associated medical expenses except for the actions of the Defendant.**

V.   **Certification and Closing**

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

I agree to provide the Clerk's Office with any changes to my address where case- related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: _1 FEB_ /20 _23_.

Signature of Plaintiff

Printed Name of Plaintiff   **Reva Caldwell**